### RETURN OF SERVICE
UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 1:26-CV-23077-BB

Plaintiff: **MARCOS SOLIS,**
vs.
Defendant: **PARK BUILT LLC A FLORIDA LIMITED LIABILITY COMPANY; PREMIER CONTRACTING GROUP LLC A FLORIDA LIMITED LIABILITY COMPANY; DANIEL PARKER INDIVIDUALLY AND ZACHARY PARKER INDIVIDUALLY,**

For:
Alexis Mena-Glasgow
Simpson & Mena
2250 SW 3RD AVE
SUITE 501
MIAMI, FL 33129

RLA2026000887

Received by Michael Gonedes on the 4th day of May, 2026 at 5:16 pm to be served on **PARK BUILT LLC BY SERVING ITS REGISTERED AGENT, DANIEL PARKER, 150 EAST PALMETTO PARK ROAD, SUITE 800, BOCA RATON, FL 33432**

I, Michael Gonedes, do hereby affirm that on the **6th day of May, 2026** at **11:55 am, I:**

Served the within named, PARK BUILT LLC BY SERVING ITS REGISTERED AGENT, DANIEL PARKER by leaving a true copy of the SUMMONS IN A CIVIL ACTION AND COMPLAINT to JESSICA CONNERS at 150 EAST PALMETTO PARK ROAD, SUITE 800, BOCA RATON, FL 33432, which is a private mailbox, virtual office, or an executive office or mini suite, pursuant to Florida Statute.

**Additional Information pertaining to this Service:**
This is an executive suite office and the Manager, Jessica Conners, is authorized to accept for the company.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: Caucasian, Height: 5'5", Weight: 140, Hair: Blonde, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing document, and that the facts stated in it are true to the best of my knowledge and belief. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

**Michael Gonedes**
#1980

**Lindsay Legal Services, Inc.**
**7105 Sw 8th Street**
**Suite 307**
**Miami, FL 33144**
**(305) 273-0317**

Our Job Serial Number: RLA-2026000887

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e