UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:26-cv-23077-BB

MARCOS SOLIS,

     Plaintiff,

v.

PARK BUILT LLC,
a Florida limited liability company,
DANIEL PARKER, individually, and
ZACHARY PARKER, individually,

     Defendants.

_____/

## PLAINTIFF'S NOTICE OF COMPLIANCE WITH ORDER

## ON DEFAULT PROCEDURES

Plaintiff, MARCOS SOLIS, by and through undersigned counsel, hereby files this Notice of Compliance with the Court's Order on Default Procedures [ECF No. 11], and states:

1. On June 17, 2026, the Court entered its Order on Default Procedures directing Plaintiff to serve a copy of the Order upon all defaulting Defendants.

2. In compliance with the Court's Order, Plaintiff caused a copy of the Order on Default Procedures to be served upon Defendant PARK BUILT LLC.

3. Service was effectuated on June 18, 2026, at 150 East Palmetto Park Road, Suite 800, Boca Raton, Florida 33432.

4. A true and correct copy of the Return of Service evidencing service of the Order on Default Procedures is attached hereto as Exhibit A.

WHEREFORE, Plaintiff respectfully files this Notice of Compliance and submits the attached Return of Service as proof of compliance with the Court's Order on Default Procedures.

Dated: June 22, 2026.

Respectfully submitted,

**/s/ Alexis Mena-Glasgow**
Alexis Mena-Glasgow, Esq.
Florida Bar No.: 117839
SIMPSON & MENA, PA
2250 Southwest Third Avenue
Suite 501
Miami, Florida 33129
Telephone: 305-912-7665
E-mail: alexis@simpsonmenalaw.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on June 22nd, 2026, the foregoing was electronically filed with the

Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all

counsel of record.

/s/ Alexis Mena-Glasgow
Alexis Mena-Glasgow, Esq.